ROSA MARTORELLA, Respondent, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

(Submitted June 10, 1935; decided July 11, 1935.)

*Arthur J. Foley* for appellant.

*Leo O. Coupe* and *Henry F. Coupe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.